IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No.  09-cv-01584 CMA-KMT

HOLLIE ROERICK, individually and as guardian
of ALEX ROERICK, a minor,

                Plaintiffs,

v.

JBS USA, LLC, d/b/a "JBS Swift & Company",
a foreign corporation,

                Defendant.

## STIPULATION AND ORDER OF DISMISSAL

All the parties hereto, by and through their respective attorneys of record, hereby stipulate to the following:

(1)   All claims asserted by all parties to this action should be dismissed, without prejudice, and without award of costs to any party, so that the parties may pursue settlement;

(2)   This stipulation may be executed in one or more counter-parts, each of which shall constitute one and the same instrument, and which shall be binding and enforceable as if all parties had executed the same documents; and

(3)   The proposed order of dismissal subjoined hereto may be presented to and entered by the court ex parte.

DATED this 7th of December, 2009.

| | |
|---|---|
| *s/Christian H. Hendrickson* | *s/John Riley* |
| Robert E. Youle | John Riley |
| Christian H. Hendrickson | MONTGOMERY LITTLE SORAN & |

| | |
|---|---|
| SHERMAN & HOWARD LLC<br>633 Seventeenth Street, Suite 3000<br>Denver, CO 80202<br>Telephone: (303) 299-8452<br>Fax: (303) 298-0940<br>ryoule@shermanhoward.com<br>chendrickson@shermanhoward.com | MURRAY, PC<br>5445 DTC Parkway, Suite 800<br>Greenwood Village, CO 80111<br>Telephone: (303) 773-8100<br>jriley@montgomerylittle.com |
| Alan M. Maxwell<br>Charles L. Clay<br>WEINBERG WHEELER HUDGINS GUNN<br>& DIAL, LLC<br>950 East Paces Ferry Road NE, Suite 3000<br>Atlanta, GA 30326<br>amaxwell@wwhgd.com<br>cclay@wwhgd.com<br>Attorneys for Defendant JBS USA, LLC | William D. Marler<br>R. Drew Falkenstein *(Admitted Pro Hac Vice)*<br>MARLER CLARK, LLP PS<br>701 Fifth Avenue, Suite 6600<br>Seattle, WA 98104<br>bmarler@marlerclark.com<br>dfalkenstein@marlerclark.com<br>Attorneys for Plaintiffs |

## ORDER

This matter having come before the court as stipulated by and between the parties, and the court having read the stipulation and being thereby fully advised:

Now, therefore, it is hereby

ORDERED, ADJUDGED, and DECREED that all claims asserted by all parties to this action, are hereby dismissed, without prejudice, and without award of costs to any party.

DATED this _____ of December, 2009.

BY THE COURT

By: _____
The Honorable Kathleen Tafoya
U.S. Magistrate Judge

Presented by:

*s/R. Drew Falkenstein*
William D. Marler
R. Drew Falkenstein *(Admitted Pro Hac Vice)*
MARLER CLARK, LLP PS
701 Fifth Avenue, Suite 6600
Seattle, WA 98104
bmarler@marlerclark.com
dfalkenstein@marlerclark.com
Attorneys for Plaintiffs

*s/John Riley*
John Riley
MONTGOMERY LITTLE SORAN & MURRAY, PC
5445 DTC Parkway, Suite 800
Greenwood Village, CO 80111
Telephone: (303) 773-8100
jriley@montgomerylittle.com

Copy received; approved as to form; and

Notice of Presentation waived:

*s/Christian H. Hendrickson*
Robert E. Youle
Christian H. Hendrickson
SHERMAN & HOWARD LLC
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Telephone: (303) 299-8452
Fax: (303) 298-0940
ryoule@shermanhoward.com
chendrickson@shermanhoward.com

Alan M. Maxwell
Charles L. Clay
WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC
950 East Paces Ferry Road NE, Suite 3000
Atlanta, GA 30326
amaxwell@wwhgd.com
cclay@wwhgd.com
Attorneys for Defendant JBS USA, LLC