# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 09-cv-01584-CMA-KMT

HOLLIE ROERICK, individually and as guardian of
ALEX ROERICK, a minor,

    Plaintiff,

v.

JBS USA, LLC d/b/a "JBS Swift & Company," a foreign corporation,

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on the Stipulation (Doc. # 30), filed December 7, 2009.  The Court having considered the Stipulation, hereby

ORDERS that this action is DISMISSED WITHOUT PREJUDICE, each party to pay her or its own costs and attorneys' fees.

DATED:  December  17 , 2009

BY THE COURT:

*[signature: Christine M. Arguello]*

CHRISTINE M. ARGUELLO
United States District Court Judge